**Leonel MINA–RIOS, Petitioner,**

*v.*

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 10–73397.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 27, 2011.*

Filed Oct. 6, 2011.

Andrew Jeffrey Fishkin, Esquire, Law Office of Andrew J. Fishkin, P.C., Bakersfield, CA, for Petitioner.

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

*See* Fed. R.App. P. 34(a)(2).

Justin Robert Markel, OIL, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SILVERMAN, W. FLETCHER, and MURGUIA, Circuit Judges.

## MEMORANDUM **

Leonel Mina–Rios, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's order of removal. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Castillo–Cruz v. Holder*, 581 F.3d 1154, 1158–59 (9th Cir. 2009), and we deny the petition for review.

The agency properly determined that Mina–Rios is removable under 8 U.S.C. § 1227(a)(2)(C) based on his 2006 conviction for violating California Penal Code § 12025(a)(2). *See Gil v. Holder*, 651 F.3d 1000, 1005, 2011 WL 2464782, at *3 (9th Cir.2011) ("[U]nder the categorical approach, a conviction under California Penal Code § 12025(a) constitutes a firearms offense under 8 U.S.C. § 1227(a)(2)(C).")

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).